IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 15-127

EDWARD WESLEY BAYNE, III

## O R D E R

AND NOW, to wit, this __20__ day of January 2016, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Forensic Report of Corporal Robert J. Pearson, dated September 30, 2015, "Exhibit A" to Government's Response to Defendant's Position with Respect to Sentencing Factors, filed in the above-captioned case, is hereby sealed until further Order of Court. The Government shall not be required to file a redacted version of the document. The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

Maurice B. Cohill, Jr.

MAURICE B. COHILL
Senior United States District Judge
Western District of Pennsylvania

cc:  Carolyn J. Bloch
     Defense Counsel