IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 2:15-cr-127-MBC |
| | : | |
| EDWARD WESLEY BAYNE, III | : | |

ORDER

AND NOW, this 1st day of February, 2016, upon consideration of the within Motion to File a Document Under Seal, it is hereby Ordered that said Motion is GRANTED.

IT IS FURTHER Ordered that the "Psychiatric Evaluation" Report prepared by Abhishek Jain, M.D., referenced in Defendant's Position with Respect to Sentencing Factors [Doc. 25], is hereby sealed until further Order of Court. The Defendant shall not be required to file a redacted version of the document. The Clerk's Office shall docket the sealed document without requiring the Defendant to first file a redacted version.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
**Senior United States District Judge**